JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: March 16, 2011

Check No. 2021817

Check Amount: $352.88

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40329-R | 00000 | CLINT E. & SOMMER M. LITTLE | 0 | XXXXX9474 | 225.00 | 0.00 | 225.00 |
| | | Original check written to:<br>CLINT E. LITTLE<br>3815 LILLIE STREET<br>SACHSE, TX 75048 | | XXXXX5524 | | | |
| 07-40264-R | 00025 | JAMES B. & SHERRY L. ROSENBAUM | 8 | XXXXX3518 | 11.26 | 0.00 | 11.26 |
| | | Original check written to:<br>CORNERSTONE CREDIT CORPORATION<br>P. O. BOX 3367<br>WATERBURY, CT 06705 | | | | | |
| 10-43126-R | 00000 | REGINALD DELMAR HOLMES | 0 | XXXXX7607 | 39.13 | 0.00 | 39.13 |
| | | Original check written to:<br>REGINALD DELMAR HOLMES<br>2305 CUSTER ROAD<br>APT 1602<br>MCKINNEY, TX 75070 | | | | | |
| 10-43472-R | 00067 | LAVENIA MIKESKA WOODS | | XXXXX9259 | 22.50 | 0.00 | 22.50 |
| | | Original check written to:<br>TRISTATE FUNDING LLC<br>PO BOX 561183<br>DALLAS, TX 75356 | | | | | |
| 10-43671-R | 00000 | CATHERINE M. LOPALO | 0 | XXXXX5123 | 54.99 | 0.00 | 54.99 |
| | | Original check written to:<br>CATHERINE M. LOPALO<br>528 COUNTY COURT<br>BARTONVILLE, TX 76226 | | | | | |
| | | | | **TOTALS** | **$352.88** | **$0.00** | **$352.88** |